| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **NEVADA GAMING PARTNERS, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim* |
| Altitude Color Technologies<br>6185 S. Valley View, Ste. B<br>Las Vegas, NV 89118 | Fax: 702-365-1525 | Trade Debt | | | | $16,531.00 |
| Aristocrat Technologies, Inc.<br>Attn: Legal Department<br>7230 Amigo Street<br>Las Vegas, NV 89119 | Fax: 702-270-1001 | Trade Debt | | | | $25,210.00 |
| BMM Test Lab<br>815 Pilot Road Suite G<br>Las Vegas, NV 89119 | Phone: 702-402-2420 | Trade Debt | | | | $23,615.00 |
| Cardenas Markets, Inc.<br>Attn: Monica Real<br>1040 S. Vintage Avenue Suite A<br>Ontario, CA 91761 | Phone: 909-923-7426 | Lease | | | | $20,000.00 |
| Gaming Technology Group<br>8820 W. Russel Rd. Suite 160<br>Las Vegas, NV 89148 | accounting@gogtg.com<br>Fax: 702-628-9175 | Trade Debt | | | | $20,720.00 |
| Gary Platt<br>4643 Aircenter Circle<br>Henderson, NV 89052-5948 | Fax: 800-757-0788 | Trade Debt | | | | $9,099.00 |

*Claim amounts have been rounded up

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1
Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | NEVADA GAMING PARTNERS, LLC | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hidden Fruit LLC<br>2850 W. Horizon Ridge Pkwy. Suite 200<br>Henderson, NV 89052 | todd.simons@hidden-fruits.com<br>702-430-4767 | Trade Debt | | | | $10,000.00 |
| International Game Technology<br>Department 887866<br>Los Angeles, CA 90088-7866 | Phone: 866-777-8448 | Trade Debt | | | | $54,932.00 |
| iTech Las Vegas LLC<br>Attn: Manager<br>7330 Eastgate Rd. #170<br>Henderson, NV 89011 | Fax: 702-943-1762 | Trade Debt | | | | $21,306.00 |
| Kmart Operations LLC<br>Attn: VP the Licensed Businesses Co.<br>3333 Beverly Road A2-374B<br>Hoffman Estates, IL 60179 | Fax: 847-286-0224 | Lease | | | | $16,500.00 |
| McClure Stainless LLC<br>Attn: Manager<br>3911 W. Oquendo Rd. #B<br>Las Vegas, NV 89118 | Fax: 702-735-7700 | Trade Debt | | | | $16,858.00 |
| PHI Gaming Ltd.<br>Attn: Diallo Gordon, Pres.<br>6767 W. Tropicana Ave. Suite 2233<br>Las Vegas, NV 89103 | Phone: 702-374-2977 | Trade Debt | | | | $9,701.00 |
| Prevail Promotions | Fax: 702-891-0815 | Trade Debt | | | | $9,806.00 |
| Reisman Sorokac<br>Attn: Elizabeth M. Sorokac, Esq.<br>8965 S. Eastern Ave. Suite 382<br>Las Vegas, NV 89123 | Fax: 702-727-6258 | Professional Services | | | | $296,220.00 |

Debtor    **NEVADA GAMING PARTNERS, LLC**                                  Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| S&S Fuels Management LLC Attn: Amar Preet Puri 10459 Park Meadows Dr. Ste 101 Lone Tree, CO 80124 | Phone: 303-792-9467 | Lease | Disputed | | | $132,400.00 |
| Sears Holdings Management Corp. 3333 Beverly Rd A2-384B Hoffman Estates, IL 60179 | Fax: 847-286-0224 | Lease | | | | $148,500.00 |
| Shetakis Wholesalers Attn: Manager 3840 Civic Center Dr A Las Vegas, NV 89109 | Fax: 702-735-0136 | Trade Debt | | | | $15,764.00 |
| State Restaurant Equipment Co. Attn: Manager 3163 S. Highland Dr. Las Vegas, NV 89109 | Fax: 702-733-0814 | Trade Debt | | | | $43,486.00 |
| US Foods Attn: Manager 1685 W. Cheyenne Ave. North Las Vegas, NV 89032 | 1-800-253-0277 | Trade Debt | | | | $13,592.00 |
| VSR Industries 6190 Mountain Vista Street Henderson, NV 89014 | areceivables@vsrindustries.com 702-451-9900 | Trade Debt | | | | $13,705.00 |