1  BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859
2  MICAELA RUSTIA MOORE, ESQ.
   Nevada Bar No. 9676
3  **FOX ROTHSCHILD LLP**
4  1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
5  Telephone: (702) 262-6899
   Facsimile: (702) 597-5503
6  Email: baxelrod@foxrothschild.com
           mmoore@foxrothschild.com
7  *[Proposed] Counsel for Nevada Gaming Partners, LLC*

Electronically filed October 12, 2016

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No. BK-S-16-15521-led |
|---|---|
| NEVADA GAMING PARTNERS, LLC, a Nevada limited liability company, | Chapter 11 |
| Debtor. | **DECLARATION OF JEFFREY C. PEREA IN SUPPORT OF (A) EMERGENCY MOTION FOR INTERIM AND FINAL ORDER PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363 AND FED. R. BANKR. P. 4001(B) AND 4001(D): (I) AUTHORIZING DEBTORS TO USE CASH COLLATERAL AND PROVIDE ADEQUATE PROTECTION; (II) GRANTING RELATED RELIEF; AND (III) SCHEDULING FINAL HEARING** |
| | Hearing Date:   OST PENDING |
| | Hearing Time:   OST PENDING |

I, Jeffrey C. Perea, being duly sworn, deposes and declares under the penalty of perjury:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, except where stated as based upon information and belief, and if called upon to

ACTIVE 42711111v2 10/12/2016                1

testify, could and would do so.

2. I am a Managing Director of Conway Mackenzie ("CM"), engaged and authorized to assist the Debtor in its restructuring efforts.

3. I submit this Declaration in support of the Emergency Motion for Interim and Final Order Pursuant to 11 U.S.C. §§ 361,362 and 363 and Fed. R. Bankr. P. 4001(b) and 4001(d): (I) Authorizing Debtors to Use Cash Collateral and Provide Adequate Protection; (II) Granting Related Relief; and (III) Scheduling Final Hearing [Docket No. 25] (the "Motion").[1]

4. Based on my review of the Debtor's operations and financial affairs, CM and Debtor have prepared the 13-week cash budget attached as Exhibit 1 attached hereto ("Initial Cash Budget" or "Cash Budget").

I verify under penalty of perjury that the foregoing statement is true and correct to the best of my information, knowledge and belief.

Executed this 12th day of October 2016.

*Jeffrey C. Perea*
Jeffrey C. Perea

---

[1] All capitalized terms not defined herein shall have the meanings ascribed to them in the Cash Collateral Motion.

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

ACTIVE 42711111v2 10/12/2016

2

# EXHIBIT 1
# INITIAL CASH BUDGET

ACTIVE 42711111v2 10/12/2016

3

Nevada Gaming Group - 13 Week Cashflow Projections
13 Week Cash Flow Statement
($ in USD)

| Actual / Projected Week Ending Week | Proj. 12-Oct-16 1 | Proj. 19-Oct-16 2 | Proj. 26-Oct-16 3 | Proj. 2-Nov-16 4 | Proj. 9-Nov-16 5 | Proj. 16-Nov-16 6 | Proj. 23-Nov-16 7 | Proj. 30-Nov-16 8 | Proj. 7-Dec-16 9 | Proj. 14-Dec-16 10 | Proj. 21-Dec-16 11 | Proj. 28-Dec-16 12 | Proj. 4-Jan-17 13 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Initial cash balance | $ 945,500 | $ 1,037,755 | $ 1,130,009 | $ 891,024 | $ 987,556 | $ 1,084,588 | $ 1,180,636 | $ 1,277,169 | $ 1,034,223 | $ 1,123,403 | $ 1,211,426 | $ 1,298,707 | $ 977,261 | |
| Total Sources for Operations | $ 239,647 | $ 239,647 | $ 241,898 | $ 247,526 | $ 247,526 | $ 247,526 | $ 247,526 | $ 238,536 | $ 238,536 | $ 238,536 | $ 238,536 | $ 238,883 | $ 239,144 | $ 3,143,469 |
| Cash In | $ 239,647 | $ 239,647 | $ 241,898 | $ 247,526 | $ 247,526 | $ 247,526 | $ 247,526 | $ 238,536 | $ 238,536 | $ 238,536 | $ 238,536 | $ 238,883 | $ 239,144 | $ 3,143,469 |
| **Disbursements for Operations** | | | | | | | | | | | | | | |
| Leases | | | (231,950) | | | | | (231,950) | | | | (231,950) | | (695,850) |
| Payroll | (97,721) | (97,721) | (99,053) | (100,534) | (100,034) | (101,018) | (100,534) | (99,969) | (99,795) | (100,952) | (101,695) | (103,478) | (104,373) | (1,306,876) |
| Purchases | (23,207) | (23,207) | (23,207) | (23,207) | (23,207) | (23,207) | (23,207) | (23,207) | (23,207) | (23,207) | (23,207) | (23,207) | (23,207) | (301,697) |
| Utilities | | | (16,449) | | | | | (17,070) | | | | (17,784) | | (51,302) |
| Other S G&A | (23,965) | (23,965) | (29,190) | (24,753) | (24,753) | (24,753) | (24,753) | (28,854) | (23,854) | (23,854) | (23,854) | (28,888) | (23,914) | (329,347) |
| Total Disbursements for Operations | $ (144,893) | $ (144,893) | $ (399,849) | $ (148,494) | $ (147,994) | $ (148,978) | $ (148,494) | $ (401,050) | $ (146,856) | $ (148,013) | $ (148,756) | $ (405,308) | $ (151,494) | $ (2,685,071) |
| **Disbursements for Non-operations** | | | | | | | | | | | | | | |
| Insurance | | | (13,434) | | | | | (12,757) | | | | (12,581) | | (38,772) |
| Total Disbursements for Non-operations | $ - | $ - | $ (13,434) | $ - | $ - | $ - | $ - | $ (12,757) | $ - | $ - | $ - | $ (12,581) | $ - | $ (38,772) |
| **Disbursements for Bankruptcy** | | | | | | | | | | | | | | |
| Professional Fees | | | (45,000) | | | | | (45,000) | | | | (45,000) | | (135,000) |
| Chapter 11 related expenses | | | (14,000) | | | | | (14,000) | | | | (14,000) | | (42,000) |
| Total Disbursements for Bankruptcy | $ - | $ - | $ (59,000) | $ - | $ - | $ - | $ - | $ (59,000) | $ - | $ - | $ - | $ (59,000) | $ - | $ (177,000) |
| **Principal and interest payments** | | | | | | | | | | | | | | |
| Western Alliance Bank (#2538171473) | | | (2,033) | | | | | (2,058) | | | | (2,058) | | (6,150) |
| Western Alliance Bank (#2534180129) | | | (2,033) | | | | | (2,058) | | | | (2,058) | | (6,150) |
| Western Alliance Bank (#4103347723) | | | (2,033) | | | | | (2,058) | | | | (2,058) | | (6,150) |
| Total Principal and interest payments | $ - | $ - | $ (6,100) | $ - | $ - | $ - | $ - | $ (6,175) | $ - | $ - | $ - | $ (6,175) | $ - | $ (18,450) |
| **Disbursements for CAPEX** | | | | | | | | | | | | | | |
| Non- Financed - CAPEX | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (2,500) | (32,500) |
| Total Disbursements for CAPEX | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (2,500) | $ (32,500) |
| **Taxes** | | | | | | | | | | | | | | |
| Licensing and other taxes | | | | | | | | | | | | (74,765) | | (74,765) |
| Total Taxes | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ (74,765) | $ - | $ (74,765) |
| Cash Out | $ (147,393) | $ (147,393) | $ (480,883) | $ (150,994) | $ (150,494) | $ (151,478) | $ (150,994) | $ (481,482) | $ (149,356) | $ (150,513) | $ (151,256) | $ (560,329) | $ (153,994) | $ (3,026,559) |
| Net Cash In (Out) | $ 92,255 | $ 92,255 | $ (238,985) | $ 96,532 | $ 97,032 | $ 96,048 | $ 96,532 | $ (242,945) | $ 89,180 | $ 88,023 | $ 87,280 | $ (321,445) | $ 85,149 | $ 116,911 |
| Ending cash and cash equiv | $ 1,037,755 | $ 1,130,009 | $ 891,024 | $ 987,556 | $ 1,084,588 | $ 1,180,636 | $ 1,277,169 | $ 1,034,223 | $ 1,123,403 | $ 1,211,426 | $ 1,298,707 | $ 977,261 | $ 1,062,411 | |

Notes:
1) Initial cash balance is based on the best estimate of cash in bank and cash in hand balances at 10/12/2016 day end
2) Cashflow includes cash in bank and cash in hand
3) Cashflow projection is based on historical financials data and management's best estimate